# UNITED STATES BANKRUPTCY COURT
### Eastern District of Tennessee

In re: James A Daugherty  
and: Stacy Daugherty

Case No. 08-14570

Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** - Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

---

**Property No. 1**

| **Creditor's Name** | **Describe Property Securing Debt:** |
|---|---|
| Wells Fargo Auto<br>Account #: 50237408659629001 | 2001 Nissan Frontier |

Property will be *(check one)*:

[X] Surrendered    [ ] Retained

If retaining the property, I intend to *(check at least one)*:

[ ] Redeem the property  
[ ] Reaffirm the debt  
[ ] Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:

[ ] Claimed as exempt    [X] Not claimed as exempt

---

**Property No. 2**

| **Creditor's Name** | **Describe Property Securing Debt:** |
|---|---|
| Citizens Auto Finance<br>Account #: 2721516397 | 2004 PT Cruiser |

Property will be *(check one)*:

[ ] Surrendered    [X] Retained

If retaining the property, I intend to *(check at least one)*:

[ ] Redeem the property  
[X] Reaffirm the debt  
[ ] Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:

[ ] Claimed as exempt    [X] Not claimed as exempt

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
*Continuation Sheet*

**PART A - *Continuation***

other  text      other

| Property No. 3 | |
|---|---|
| **Creditor's Name**<br>Countrywide Home Loans<br>Account #:   167851520 | **Describe Property Securing Debt:**<br>2nd Mortgage |

Property will be *(check one)*:
- [ ] Surrendered
- [X] Retained

If retaining the property, I intend to *(check at least one)*:
- [ ] Redeem the property
- [X] Reaffirm the debt
- [ ] Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
- [ ] Claimed as exempt
- [X] Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name**<br>Countrywide Home Loans<br>Account #:   167851512 | **Describe Property Securing Debt:**<br>house and land |

Property will be *(check one)*:
- [ ] Surrendered
- [X] Retained

If retaining the property, I intend to *(check at least one)*:
- [ ] Redeem the property
- [X] Reaffirm the debt
- [ ] Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
- [ ] Claimed as exempt
- [X] Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES    ☐ NO |

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date: **September 08, 2011**

X _____
Signature of Debtor

X _____
Signature of Joint Debtor (if any)